CLOSED, JMH

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CIVIL DOCKET FOR CASE #: 9:07-cv-80171-DTKH
## Internal Use Only

Feins et al v. LG Philips LCD Company LTD, et al       Date Filed: 02/23/2007
Assigned to: Judge Daniel T. K. Hurley                Jury Demand: Plaintiff
Referred to: Magistrate Judge James M. Hopkins        Nature of Suit: 410 Anti-Trust
Cause: 28:1332 Diversity                              Jurisdiction: Federal Question

**Plaintiff**

**Robin Feins**                        represented by  **Douglass Alan Kreis**
                                                        Aylstock Witkin & Sasser PLC
                                                        4400 Bayou Boulevard
                                                        Suite 58
                                                        Pensacola, FL 32503
                                                        850-916-7450
                                                        Fax: 916-7449
                                                        Email: dkreis@aws-law.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Justin Graem Witkin**
                                                        Aylstock Witkin & Sasser PLC
                                                        4400 Bayou Boulevard
                                                        Suite 58
                                                        Pensacola, FL 32503
                                                        850-916-7450
                                                        Fax: 916-7449
                                                        Email: jwitkin@aws-law.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Neil Duane Overholtz**
                                                        Aylstock Witkin & Sasser
                                                        4400 Bayou Boulevard
                                                        Suite 58
                                                        Pensacola, FL 32503-1909
                                                        850-916-7450
                                                        Fax: 916-7449
                                                        Email: noverholtz@awkolaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annie Cirrone**                      represented by  **Douglass Alan Kreis**

*on behalf of themselves and all others*
*similarly situated*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Graem Witkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neil Duane Overholtz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Philips LCD Company LTD,**

**Defendant**

**LG Philips LCD America, Inc.**

**Defendant**

**LG Electronics Inc.**

**Defendant**

**Royal Philips Electronics NV,**

**Defendant**

**Samsung Electronics Co., Ltd.**

**Defendant**

**Samsung Semiconductor, Inc.**

**Defendant**

**AU Optronics Corporation**

**Defendant**

**AU Optronics Corporation America**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Matsushita Display Technology Co.
Ltd**

**Defendant**

**Hitachi Ltd.**

**Defendant**

**Hitachi Displays, Ltd**

**Defendant**

**Hitachi America Ltd.**

**Defendant**

**Hitachi Electronic Devices (USA) Inc.**

**Defendant**

**Sanyo Epson Imaging Devices
Corporation**

**Defendant**

**NEC Corporation**

**Defendant**

**NEC LCD Technologies, Ltd**

**Defendant**

**IDT International Ltd**

**Defendant**

**International Display Technology Co.
Ltd.**

**Defendant**

**International Display Technology
USA Inc.**

**Defendant**

**Chunghwa Picture Tubes Ltd.**

**Defendant**

**HannStar Display Corporation**

**Defendant**

**Chi Mei Optoelectronics,**

**Defendant**

**Chi Mei Optoelectronics USA, Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2007 | 1 | COMPLAINT against Royal Philips Electronics NV,, Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., AU Optronics Corporation, AU Optronics Corporation America, Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Matsushita Display Technology Co. Ltd, Hitachi Ltd., Hitachi Displays, Ltd, Hitachi America Ltd., Hitachi Electronic Devices (USA) Inc., Sanyo Epson Imaging Devices Corporation, NEC Corporation, NEC LCD Technologies, Ltd, IDT International Ltd, International Display Technology Co. Ltd., International Display Technology USA Inc., Chunghwa Picture Tubes Ltd., HannStar Display Corporation, Chi Mei Optoelectronics,, Chi Mei Optoelectronics USA, Inc, LG Philips LCD Company LTD,, LG Philips LCD America, Inc., LG Electronics Inc. Filing fee $ 350. , filed by Robin Feins, Annie Cirrone.(dj) (Entered: 02/23/2007) |
| 02/26/2007 | 2 | Summons Issued as to Royal Philips Electronics NV,, Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., AU Optronics Corporation, AU Optronics Corporation America, Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Matsushita Display Technology Co. Ltd, Hitachi Ltd., Hitachi Displays, Ltd, Hitachi America Ltd., Hitachi Electronic Devices (USA) Inc., Sanyo Epson Imaging Devices Corporation, NEC Corporation, NEC LCD Technologies, Ltd, IDT International Ltd, International Display Technology Co. Ltd., International Display Technology USA Inc., Chunghwa Picture Tubes Ltd., HannStar Display Corporation, Chi Mei Optoelectronics,, Chi Mei Optoelectronics USA, Inc, LG Philips LCD Company LTD,, LG Philips LCD America, Inc., LG Electronics Inc.. (dj) (Entered: 02/26/2007) |
| 05/17/2007 | 3 | ORDER of administrative close out.Signed by Judge Daniel T. K. Hurley on 5/17/07.(hd) (Entered: 05/18/2007) |
| 05/17/2007 | | ***Civil Case Terminated. (hd) (Entered: 05/18/2007) |
| 06/05/2007 | 4 | MDL Conditional Transfer Order CTO for consolidated pretrial proceedings pursuant to 28 USC 1407 (Chairman of the Panel) MDL Case Number 07CV1827 Case Transferred to Northern District of California, Case Assigned to Judge Susan Yvonne Illston(pa) (Entered: 06/05/2007) |
| 07/05/2007 | 5 | MDL Conditional Transfer Order CTO for consolidated pretrial proceedings pursuant to 28 USC 1407 (Chairman of the Panel) MDL Case Number Case Transferred to, Case Assigned to Judge (sk) (Entered: 07/05/2007) |
| 09/27/2007 | 6 | CONDITIONAL TRANSFER ORDER (CTO-1) transferring case to the Northern District of California re: MDL # 1827 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge Susan Yvonne Illston. (Signed by Jeffery N. Luthi, Clerk of the Panel)(de) |

| | | |
|---|---|---|
| | | (Entered: 09/27/2007) |
| 09/27/2007 | 🔵7 | Clerks Note: Pursuant to the MDL Transfer Order, we are transferring the case to the Northern District of California. The Northern District of California will receive the requested PDF documents for the transfer of the case via SFmdl_clerk/CAND/09/USCOURTS. (de) (Entered: 09/27/2007) |