Joshua A. Jones, Esq.
Aylstock, Witkin, Kreis & Overholtz, P.L.L.C.
803 North Palafox Street
Pensacola, Florida 32501
Telephone:   (850) 916-7450
Facsimile:   (850) 916-7449
jjones@awkolaw.com

Counsel for Plaintiff Robin Feins

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) )<br>ANTITRUST LITIGATION         )<br>_____/ | Master File No. C07-1827-SI<br><br>MDL No. 1827 |

### NOTICE OF APPEARANCE OF JOSHUA A. JONES
### ON BEHALF OF PLANTIFF ROBIN FEINS

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Joshua A. Jones (jjones@awkolaw.com) hereby enters his appearance, to be included with other attorneys already appearing from his law firm, on behalf of Plaintiff Robin Feins in the above-captioned action, and that all pleadings, notices, order and other papers in connection with this action be served upon him at the e-mail address listed above.

DATED:  December 3, 2007

                                        Respectfully submitted,

                                        Joshua A. Jones, Esq.

                    By:   /s/ Joshua A. Jones_____
                          Joshua A. Jones
                          Aylstock, Witkin, Kreis & Overholtz, P.L.L.C.

803 North Palafox St.
Pensacola, FL 32501
Telephone: (850) 916-7450
Fax: (850) 916-7449

***Attorney for Plaintiff Robin Feins***

## CERTIFICATE OF SERVICE

I, Joshua A. Jones, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States, am over the age of 18 years; am employed by Aylstock, Witkin, Kreis & Overholtz, P.L.L.C., located at 803 North Palafox St., Pensacola, Florida 32501; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below.

### NOTICE OF APPEARANCE OF JOSHUA A. JONES

**By Electronic Filing:** I served a true copy on this date of each document listed above via the Court's ECF system on all parties registered for electronic filing in this action.

**By Mail:** I placed a true copy on this date of each document listed above in a sealed envelope addressed to each person listed on the attached service list. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business.

Executed on December 3, 2007 at Pensacola, Florida.

/s/ Joshua A. Jones
Joshua A. Jones
Aylstock, Witkin, Kreis & Overholtz, P.L.L.C.
803 North Palafox St.
Pensacola, FL 32501
Telephone: (850) 916-7450
Fax: (850) 916-7449

*Attorney for Plaintiff Robin Feins*

**DEFENDANTS: (By USDC Live System-Document Filing System unless otherwise stated)**

Garrard R. Beeney
Brian T. Frawley
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004-2498
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588

Gary L. Halling
Michael W. Scarborough
James L. McGinnis
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:   (415) 434-9100
Facsimile:   (415) 434-3937
ghalling@sheppardmullin.com
mscarborough@sheppardmullin.com
jmcginnis@sheppardmullin.com

For Defendants Samsung Electronics
America, Inc.; Samsung Semiconductor,
Inc.; Samsung Electronics Co. Ltd.
For Defendants Philips Electronics North
America Corporation; Phillips Consumer
Electronics North America

A. Scott Ross
NEAL & HARWELL
150 Fourth Avenue, N
2000 First Union Tower
Nashville, TN 37219-2498
Telephone:   (615) 244-1713
Facsimile:   (615) 726-0573

NON-ECF SERVICE LIST
MDL No. 1827
IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

C. Donald Amamgbo
AMAMGBO & ASSOCIATES, PLC
7901 Oakport Street, Suite 4900
Oakland, CA 94621
Telephone:   (510) 615-6000
Facsimile:   (510) 615-6025

Attorneys for Lisa Blackwell

Steven J. Greenfogel
MEREDITH COHEN GREENFOGEL
& SKIRNICK, P.C.
Architects Building
117 South 17th Street
22nd Floor
Philadelphia, PA 19103

Attorney for Plaintiff Art's TV &
Appliance

Floyd M. Melton III
MELTON LAW FIRM
107-1/2 East Market
P.O. Box 534
Greenwood, MS 38935-0534

Attorney for Plaintiffs Cynthia Saia,
Geoffrey T. Korwan, Tina Chapman,
Jeannette Edwards, and Gayle L.
Powelson

Joseph M. Weiler
Darin M. Conklin
ALDERSON, ALDERSON, WEILER,
CONKLIN, BURGHART & CROW,
L.L.C.
2101 SW 21st Street
Topeka, KS 66604
Telephone:   (785) 232-0753
Facsimile:   (785) 232-1866

Attorneys for James T. Watson a/k/a Jim
Watson

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES, LLC
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
Telephone:   (215) 814-6750
Facsimile:   (215) 814-6764

Attorneys for Nathan Muchnick, Inc.

LOUIS F. BURKE
460 Park Avenue, 21st Floor
New York, NY 10022
Telephone:   (212) 682-1700

Attorneys for Isaac Salem

Michael J. Flannery
James J. Rosemergy
CAREY & ADAMS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone:   (314) 725-7700
Facsimile:   (314) 721-0905

Attorneys for Audio Video Artistry;
Walden Minoli and John David Kittleson

Michael L. Belancio
BOWER BELANCIO, LLC
800 West 47th Street, Suite 215
Kansas City, MO 64112
Telephone:    (816) 960-4911
Facsimile:    (816) 960-3711

Attorneys for Peter Coyle


John M. Dillon
CARUSO & DILLON PC
100 Mamaroneck Avenue
Mamaroneck, NY 10543
Telephone:    (914) 698-6392
Facsimile:    (914) 698-2038

Attorneys for Wow LLC, Gina Cerda,
Jean-Marie Wolf, Carlos Ponce, Patrick
Piper, Gary Gornick, Karol Juskiewicz,
Edward Decoite, John Candido, Anne
Lewis, Don Carmignani, Terry Adami,
Saki Kavourniaris, Linda Klare, Thomas
Mitchell


Steven N. Berk
CHAVEZ AND GERTLER LLP
1225 15th Street, NW
Washington, DC 20005
Telephone:    (202) 232-7550
Facsimile:    (202) 232-7556

Attorneys for Timothy K Gregory


Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Attorney for Plaintiff EMW, Inc.

Peter S. Pearlman
Jeffrey W. Herrmann
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone:    (201) 845-9600
Facsimile:    (201) 845-9423
Attorneys for Nathan Muchnick, Inc.


Dario De Ghetaldi
COREY LUZAICH PLISKA DE
GHETALDI NASTARI LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030
Telephone:    (650) 871-5666
Facsimile:    (650) 871-4144
Attorney for Wow LLC, Gina Cerda,
Jean-Marie Wolf, Carlos Ponce, Patrick
Piper, Gary Gornick, Karol Juskiewicz,
Edward Decoite, John Candido, Anne
Lewis, Don Carmignani, Terry Adams,
Saki Kavourniaris, Linda Klare, Thomas
Mitchell


Clint Sargent
DANFORTHI, MEIERHENRY &
MEIERHENRY
315 South Phillips Avenue
Sioux Falls, SD 57104
Telephone:    (605) 336-3075
Facsimile:    (605) 336-2593

Attorneys for Chad Hansen


Jeffrey A. Bartos
Soye Kim
GUERRIERI, EDMOND, CLAYMAN
& BARTOS, P.C.
1625 Massachusetts Avenue, NW, Suite 700
Washington, DC 20036

Attorney for Plaintiff Gail Feser

Chief Nnamdi A. Ekenna
THE EKENNA LAW FIRM
4311 Wilshire Boulevard, Suite 612-B
Los Angeles, CA 90010-3717
Telephone: (323) 954-1000
Facsimile: (323) 954-1001

Attorneys for Wendy Williams

GREGG VANCE FALLICK
Suite 1560
Albuquerque Plaza, 201 Third Street, N.W.
Albuquerque, NM 87102
Telephone: (505) 842-6000
Facsimile: (505) 842-6001

Attorneys for Rosemary Valdez

Donald L. Perelman
Roberta D. Liebenberg
FINE, KAPLAN & BLACK, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565
Facsimile: (215) 568-5872

Attorneys for Ajax Philadelphia, Inc.

John G. Emerson
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Telephone: (281) 488-8854
Facsimile: (281) 488-8867

Attorneys for Robert S. Harmon

Adam Stein
FERGUSON, STEIN, CHAMBERS, GRESHAM & SUMTER, P.A.
312 West Franklin Street
Chapel Hill, NC 27516
Telephone: (919) 933-5300
Facsimile: (919) 933-6182

Attorneys for Lynne M. Holtkamp

Mila F. Bartos
Richard M. Volin
FINKELSTEIN THOMPSON LLP
1050 30th St., NW.
Washington, DC 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

Attorneys for Diplomat Merchandise Corp.

William F. Patterson, Jr.
FORMAN ROSSABI BLACK, P.A.
3623 North Elm Street, Suite 200
Greensboro, NC 27455
Telephone: (336) 378-1899
Facsimile: (336) 378-1850

Attorneys for William J. Fisher

Michael G. Simon
M. Eric Frankovitch
FRANKOVITCH, ANETAKIS, COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062
Telephone: (304) 723-4400
Facsimile: (304) 723-5892

Attorneys for John Martich; Allen Kelley

Paul M. Weiss
William M. Sweetnam
FREED & WEISS, LLC
111 West Washington Street, Suite 1331
Chicago, IL 60602
Telephone: (312) 220-0000
Facsimile: (312) 220-7777

Attorneys for Ryan J. Bierling

Russell F. Brasso
FOREMAN & BRASSO
930 Montgomery Street, Suite 600
San Francisco, CA 94103
Telephone:  (415) 433-3475
Facsimile:   (415) 781-8030

Attorneys for Wow LLC, Gina Cerda, Jean-Marie Wolf, Carlos Ponce, Patrick Piper, Gary Gornick, Karol Juskiewicz, Edward Decoite, John Candido, Anne Lewis, Don Carmignani, Terry Adami, Saki Kavourniaris, Linda Klare, Thomas Mitchell

David Freedman
Matthew L. Garcia
Joseph Goldberg
FREEDMAN BOYD DANIELS HOLLANDER & GOLDBERG, P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
Telephone:  (505) 842-9960
Facsimile:   (505) 842-0761

Attorneys for Marcia Weingarten; Jerome O'Connell; Timothy J. Purdy; Ajax Philadephia, Inc.

Charles R. Watkins
John R. Wylie
FUTTERMAAN HOWARD WATKINS WYLIE & ASHLEY, CHTD.
122 South Michigan Avenue, Suite 1850
Chicago, IL 60603
Telephone:  (312) 427-3600
Facsimile:   (312) 427-1850

Attorneys for Ling Hung Jou

Carl L. Solomon
GERGEL, NICKLES & SOLOMON, P.A.
P.O. Box 1866
1519 Richland Street
Columbia, SC 29202-1866
Telephone:  (803) 779-8080
Facsimile:   (803) 256-1816

Attorneys for Gregory P. Sloan

B. J. Wade
GLASSMAN, EDWARDS, WADE & WYATT, P.C.
26 North Second Street
Memphis, TN 38103
Telephone:  (901) 527-4675
Facsimile:   (901) 521-0940

Attorneys for Audio Video Artistry

Mark Goldman
Daniel Karon
GOLDMAN SCARLATO & KARON
101 West Elm Street, Suite 360
Conschohocken, PA 19428
Telephone:  (484) 342-0700
Facsimile:   (484) 342-0701

Attorneys for Lee R. Chamberlain, Allen Nassiff, Rebecca Bly, Lou Srimoungechanh, Tabbatha Benson, Scott Friedson, Michael Brooks, Joe Solo, Brittany Chung, Art's TV & Appliance

Marc J. Greenspon
6200 Spring Isles Boulevard
Lake Worth, FL 33463
Telephone:  (954) 817-6272
Facsimile:   (561) 439-0651

Attorneys for Univisions-Crimson Holding, Inc., Central New York Univision Video Systems, Inc., Crimson Tech, Inc.

Warren Rubin
LAW OFFICES OF BERNARD M.
GROSS, P.C.
Suite 450, Johm Wanamaker Building
Juniper and Market Streets
Philadelphia, PA 19107
Telephone:   (215) 561-3600
Facsimile:   (215) 561-3000

Attorneys for Ajax Philadelphia, Inc.


Vincent J. Esades
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone:   (612) 338-4605
Facsimile:   (612) 338-4692

Attorneys for Art's TV & Appliance


J. Robert Keena
Barton C. Gernander
HELLMUTH & JOHNSON, PLLC
10400 Viking Drive, Suite 500
Eden Prairie, MN 55344
Telephone:   (952) 941-4005
Facsimile:   (952) 941-2337

Attorneys for Christopher C. Rywelski


Glenn Carl James
JAMES LAW OFFICES
PMB 501, 1353 Rd. 19
Guaynabo, PR 00966-2700
Telephone:   (787) 763-2888
Facsimile:   (787) 763-2881

Attorneys for IMCA, Inc.


Edward Bearman
JG LAW FIRM
780 Ridge Lake Boulevard, Suite 202
Memphis, TN 38120
Telephone:   (901) 682-3450
Facsimile:   (901) 682-3590

Attorneys for Cynthia Saia; Geoffrey T.
Korwan, Tina Chapman, Jeannette
Edwards; Gayle L. Powelson


Steven C. Lausell
Michael Stoker
Jose R. Gonzalez
Brian Weber
JIMENEZ, GRAFFAM & LAUSELL
JOHNS FLAHERTY & COLLINS, S.C.
P.O. Box 366104
San Juan, PR 00936-6104
Telephone:   (787) 767-1030
Facsimile:   (787) 751-4068

Attorneys for Oscar Cintron


Michael Stoker
Brian Weber
JOHNS FLAHERTY & COLLINS, S.C.
Exchange Building, Suite 600
205 Fifth Avenue South
P.O. Box 1626
LaCrosse, WI 54602
Telephone:   (608) 784-5678
Facsimile:   (608) 784-0557

Attorneys for Joseph Kovacevich


Dennis J. Johnson
JOHNSON & PERKINSON
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

Attorneys for Robert Schuyler Watson

Ron Kilgard
Gary A. Gotto
Mark Samson
KELLER ROHBACK P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:    (602) 248-0088
Facsimile:    (602) 248-2822

Attorneys for Karen Stromberg


J. Garrett Kendrick
KENDRICK & NUTLEY
1055 East Colorado Boulevard, 5th Floor
Pasadena, CA 91104
Telephone:    (626) 204-4060
Facsimile:    (626) 204-4061

Attorneys for Wow LLC, Gina Cerda,
Jean-Marie Wolf, Carlos Ponce, Patrick
Piper, Gary Gornick, Karol Juskiewicz,
Edward Decoite, John Candido, Anne
Lewis, Don Carmignani, Terry Adami,
Saki Kavourniaris, Linda Klare, Thomas
Mitchell


KELLY KENNY
Attorney at Law
P.O. Box 528
San Mateo, CA 94401
Telephone:    (650) 558-9041
Facsimile:    (650) 558-9041

Attorneys for Wow LLC, Gina Cerda,
Jean-Marie Wolf, Carlos Ponce, Patrick
Piper, Gary Gornick, Karol Juskiewicz,
Edward Decoite, John Candido, Anne
Lewis, Don Carmignani, Terry Adami,
Saki Kavourniaris, Linda Klare, Thomas
Mitchell

Mary G. Kirkpatrick
KIRKPATRICK & GOLDSBOROUGH,
PLLC
1233 Shelburne Road, Suite E-1
South Burlington, VT 05403
Telephone:    (802) 651-0960
Facsimile:    (802) 651-0964

Attorneys for Allen Nassiff

Joseph C. Kohn
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
One South Broad Street
Philadelphia, PA 19107
Telephone:    (215) 238-1700
Facsimile:    (215) 238-1968
Attorneys for Nathan Muchnick, Inc.

Susan Lacava
SUSAN LACAVA, S.C.
23 North Pinckney Street
Madison, WI 53703
Telephone:    (608) 258-1335
Facsimile:    (608) 258-1669

Attorneys for Jai Paguirigan; Amy
Paguirigan

Kevin J. O'Connor
LAFOLLETTE GODFREY & KAHN,
SC
One East Main Street
P.O. Box 2719
Madison, WI 53701-2719
Telephone:    (608) 284-2600

Attorneys for Marcia Weingarten;
Jerome O'Connell

Justin E. LaVan
LAMARCA & LANDRY, PC
1820 NW 118th Street, Suite 200
Des Moines, IA 50325
Telephone:    (515) 225-2600
Facsimile:    (515) 225-8581

Attorneys for Benjamin G. Northway

Howard J. Sedran
LEVIN FISHBEIN SEDRAN &
BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

Attorneys for CMP Consulting Services,
Inc.


Allyn Z. Lite
Bruce D. Greenberg
Jason E. Macias
LITE DEPALMA GREENBERG &
RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858

Attorneys for Roberta Harrell; Richard
A. Markham


Angela K. Drake
LOWTHER JOHNSON
901 St. Louis Street, 20th Floor
Springfield, MO 65806
Telephone: (417) 866-7777
Facsimile: (417) 866-1752

Attorneys for Peter Coyle


Lee Albert
Mager & Goldstein LLP
One Liberty Place
1650 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone: (215) 640-3280
Facsimile: (215) 640-3281

Attorneys for Jeff Jafarian


Jayne A. Goldstein
MAGER & GOLDSTEIN LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: (954) 515-0123
Facsimile: (954) 515-0124

Attorneys for Jeff Jararian


John Gressette Felder, Jr.
Chad A. McGowan
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201


Marvin Miller
MILLER LAW LLC
101 North Wacker Street, Suite 2010
Chicago, IL 60606
Telephone: (312) 525-8320
Facsimile: (312) 525-8321

Attorneys for Diplomat Merchandise
Corp.


Greg A. Lewen
James Fox Miller
MILLER, SCHWARTZ & MILLER,
P.A.
2435 Hollywood Boulevard
Hollywood, FL 33020
Telephone: (954) 924-0300
Facsimile: (954) 924-0311

Attorneys for Mauricio Defrancisc


Michael S. Montgomery
MONTGOMERY GOFF & BULLIS,
P.C.
4802 Amber Valley Parkway
P.O. Box 9199
Fargo, ND 58106-9199
Telephone: (701) 281-8001
Facsimile: (701) 281-8007

Attorneys for Robert George

Rodney C. Olsen
MORRISON, FROST, OLSEN &
IRVINE, LLP
323 Poyntz, Suite 204
Manhattan, KS 66502
Telephone:   (785) 776-9208
Facsimile:   (785) 776-9212

Attorneys for R. Rex Getz


Krishna B. Narine
LAW OFFICES OF KRISHNA B.
NARINE
7893 Montgomery Avenue, Suite 300
Elkins Park, PA 19027
Telephone:   (215) 782-3240
Facsimile:   (215) 782-3241

Attorneys for Lee R. Chamberlain; Allen
Nassiff; Rebecca Ely; Kou
Krimoungchanh; Tabbatha Benson, Scott
Friedson, Michael Brooks, Joe Solo, and
Brittany Chung


Nathan N. Neuman
LAW OFFICES OF NATHAN N.
NEUMAN
700 Lake Drive
Ambler, PA 19002
Telephone:   (215) 646-9520

Attorneys for Custom Audio Video


Lawrence G. Papale
LAW OFFICES OF LAWRENCE G.
PAPALE
1308 Main Street, #117
St. Helena, CA 94574
Telephone:   (707) 963-1704
Facsimile:   (707) 963-0706

Attorneys for Cynthia Saia; Geoffrey T.
Korwan, Tina Chapman, Jeannette
Edwards; Gayle L. Powelson; Wow
LLC, Gina Cerda, Jean-Marie Wolf,
Carlos Ponce, Patrick Piper, Gary
Gornick, Karol Juslciewicz, Edward
Decoite, John Candido, Anne Lewis,
Don Carmignani, Terry Adami, Said
Kavourniaris, Linda Kiare, Thomas
Mitchell; Jeffrey Figone

William H. Parish
PARISH & SMALL
1919 Grand Canal Boulevard, Suite A-5
Stockton, CA 95207-8114
Telephone:   (209) 952-1992
Facsimile:   (209) 952-0250

Attorneys for Community Business Bank

Clifford H. Pearson
Gary S. Soter
Daniel J. Warshaw
PEARSON, SIMON, SOTER,
WARSHAW & PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:   (818) 788-8300
Facsimile:   (818) 788-8104

Attorneys for Crago Corporation, Phelps
Technologies, Inc., Marshall Myers

Edgar D. Gankendorff
PROVOSTY & GANKENDORFF,
L.L.C.
650 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone:   (504) 410-2795
Facsimile:   (504) 410-2796

Attorneys for Magic Video, Inc.

Michael L. Roberts
Richard Quintus
ROBERTS LAW FIRM, PA
20 Rahling Circle
P.O. Box 241790
Little Rock, AR 72223
Telephone:   (501) 821-5575
Facsimile:   (501) 821-4474

Attorneys for John McKay; Ann Scott

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
Telephone:   (717) 892-3000
Facsimile:   (717) 892-1200

Attorneys for Kari Nehring; John McKay; Ann Scott

Andrew Nickelhoff
Marshall J. Widick
SACHS WALDMAN, P.C.
1000 Farmer Street
Detroit, MI 48226
Telephone:   (313) 965-3464
Facsimile:   (313) 965-4602

Attorneys for Judith Griffith

Ronen Sarraf
Joseph Gentile
SARRAF GENTILE LLP
485 Seventh Avenue, Suite 1005
New York, NY 10018
Telephone:   (212) 868-3610
Facsimile:   (212) 918-7967

Attorneys for Richard A. Markham

Alexander M. Schack
LAW OFFICES OF ALEXANDER M. SCHACK
16870 W. Bernardo Dr. #400
San Diego, CA 92127
Telephone:   (858) 485-6535
Facsimile:   (858) 485-0608

Attorneys for Francis Frybarger

MARK J. SCHIRMER
1661 International Place Drive, Suite 400
Memphis, TN 38120
Telephone:   (901) 818-3146
Facsimile:   (901) 818-3147

Attorneys for Scott Beall

Steven J. Serratore
Scott Ames
SERRATORE AMES LLP
9595 Wilshire Boulevard, Suite 201
Beverly Hills, CA 90212
Telephone:   (310) 205-2460
Facsimile:   (310) 205-2464

Attorneys for George Mays

Isaac L. Diel
SHARP MCQUEEN
6900 College Boulevard, Suite 285
Overland Park, KS 66211
Telephone:   (913) 661-9931
Facsimile:   (913) 661-9935

Attorneys for Lee R. Chamberlain; Allen Nassiff; Kou Srimoungchanh; Tabbatha Benson, Scott Friedson, Michael Brooks, Joe Solo, and Brittany Chung

Douglas P. Dehler
SHEPHERD, FINKELMAN, MILLER & SHAH, LLC
111 E. Wisconsin Avenue, Suite 1750
Milwaukee, WI 53202
Telephone:   (414) 226-9900
Facsimile:   (414) 226-9905

Attorneys for Toomas P. Mitt

Jordan M. Lewis
SIEGEL, BRILL, GREUPNER, DUFFY & FOSTER, P.A.
1300 Washington Square
100 Washington Avenue South
Minneapolis, MN 55401
Telephone:   (612) 337-6100
Facsimile:   (612) 339-6591

Attorneys for Martha Mulvey

W.H. Bundy, Jr.
SMITH, BUNDY, BYBEE & BARNETT, P.C.
Building F, Suite 100
1037 Chuck Dawley Boulevard
Mount Pleasant, SC 29464
Telephone:   (843) 881-1623
Facsimile:   (843) 881-4406

Attorneys for Carman and Jeannie Pellitteri; Lynn Sweatman

Bruce Spiva
Kathleen Hartnett
SPIVA & HARTNETT LLP
1776 Massachusetts Avenue, NW, Suite 600
Washington, DC 20036
Telephone:   (202) 785-0601
Facsimile:   (202) 785-0697

Attorneys for Timothy R. Gregory

Eugene A. Spector
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19102
Telephone:   (215) 496-0300
Facsimile:   (215) 496-6611

Attorneys for Art's TV & Appliance

J. Preston Strom, Jr.
Mario A. Pacella
STROM LAW FIRM, LLC
2110 Beltline Boulevard, Suite A
Columbia, SC 29204
Telephone:   (803) 252-4800
Facsimile:   (803) 252-4801

Attorneys for Gregory P. Sloan

Lionel H. Sutton, III
SUTTON LAW FIRM
610 Baronne Street
New Orleans, LA 70113
Telephone:   (504) 586-8899
Facsimile:   (504) 585-1789

Attorneys for Magic Video, Inc

Shawn A. Taylor
SHAWN TAYLOR PLLC
120 Capitol Street
P.O. Box 2132
Charleston, WV 25328
Telephone:   (304) 345-5959
Facsimile:   (304) 345-0270

Attorneys for Cynthia Saia; Geoffrey T. Korwan, Tina Chapman, Jeannette Edwards; Gayle L. Powelson

JULIAN H. TOPOREK
221 West York Street
Savannah, GA 31401
Telephone:   (912) 236-4666

Attorneys for Custom Audio Video

Thomas E. Towe
TOWE, BALL, ENRIGHT, MACKEY & SOMMERFELD
P.O. Box 30457
Billings, MT 59107
Telephone:   (406) 248-7337
Facsimile:   (406) 248-2647

Attorneys for John Pulasky

Kenneth Leo Valinoti
VALINOTI & DITO LLP
180 Montgomery Street, Suite 940
San Francisco, CA 94104-4223
Telephone:   (415) 986-1336
Facsimile:   (415) 986-1231

Attorneys for Wow LLC, Gina Cerda, JeanMarie Wolf, Carlos Ponce, Patrick Piper, Gary Gornick, Karol Juskiewicz, Edward Decoite, John Candido, Anne Lewis, Don Carmignani, Terry Adami, Saki Kavourniaris, Linda Kiare, Thomas Mitchell

George O. West III
LAW OFFICES OF GEORGE O. WEST III
6787 West Tropicana Avenue, Suite 263
Las Vegas, NV 89103
Telephone:   (702) 248-1076
Facsimile:   (702) 953-2286
Attorneys for Allen Kelley

Kenneth A. Wexler
WEXLER TORISEVA WALLACE LLP
One LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone:   (312) 346-2222
Facsimile:   (312) 346-0022

Attorneys for Joseph Kovacevich

Joe R. Whatley, Jr.
WHATLEY DRAKE & KALLAS
1540 Broadway, 37th Floor
New York, NY 10036
Telephone:   (212) 447-7070

Attorney Gregory P. Sloan

Marc Aaron Wites
WITES & KAPETAN
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone:   (954) 570-8989
Facsimile:   (954) 354-0205

Attorneys for Scott Eisler

James F. Wyatt, III
WYATT & BLAKE, LLP
435 East Morehead Street
Charlotte, NC 28202-2609
Telephone:   (704) 331-0767
Facsimile:   (704) 331-0773

Attorneys for Donna Jeanne Flanagan

Patrick D. Allen
Michael S. Jahner
YENSON, LYNN, ALLEN & WOSICK, P.C.
4908 Alameda Blvd NE
Albuquerque, NM 87113-1736
Telephone:   (505) 266-3995

Attorneys for Walden Minoli and John David Kittleson

Robert S. Schachter
ZWERLING SCHACHTER & ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
Telephone:   (212) 223-3900

Attorneys for Custom Audio Video

Joseph M. Alioto, Jr.
THE ALTOTO LAW FIRM
555 California Street, 31stFloor
San Francisco, CA 94104

Attorneys for Jonathan Hee

Joseph Goldberg
Freedman Boyd Daniels Hollander
GOLDBERG & IVES PA.
20 First Plaza, Suite 700
Albuquerque, NM 87102

Attorneys for Ajax Philadelphia, Inc

Steven K. Hisaka
Gail Y. Cosgrove
Kunio Kwabe
HISAXA YOSHIDA COSGROVE & CHING
Pacific Guardian Center
Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, HI 96813

Attorneys for Gail H. Awakuni and John Okita

Pete S. Michaels
Devorah G. Evans
Jennifer R. Seltenrich
MICHAELS & WARD, LLP
12 Post Office Square, 4th Floor
Boston, MA 02109

Attorneys for Heidi Bates